We have also considered all the exceptions set out in the appellant's brief and are of the opinion that no error prejudicial to the defendant was committed either in the ruling of the court upon the admission or exclusion of evidence, or in the charge to the jury.

Since no new questions are presented on this appeal, it is not deemed necessary or expedient to discuss the exceptions set out in detail.

In the trial before the Superior Court we find

No error.

---

### STATE v. SALLIE CANNADAY.

(Filed 10 October, 1945.)

APPEAL by defendant from *Burney, J.,* at May. Term, 1945, of HAR-NETT. No error.

The defendant was charged with the possession of intoxicating liquor for the purpose of sale. From judgment pronounced on verdict of guilty the defendant appealed.

*Attorney-General McMullan and Assistant Attorneys-General Rhodes, Moody, and Tucker for the State.*

*Neill McK, Salmon for defendant.*

PER CURIAM. The only assignment of error brought forward in the case on appeal is the denial by the court below of defendant's motion for judgment of nonsuit. An examination of the record leads us to the conclusion that the evidence offered by the State was sufficient to carry the case to the jury, and that the defendant's motion was properly denied. The evidence supports the verdict and judgment. In the trial we find

No error.

---

### STATE v. JOE TALTON.

(Filed 10 October, 1945.)

APPEAL by defendant from *Thompson, J.,* at March Criminal Term, 1945, of JOHNSTON.

Criminal prosecution upon indictment charging defendant with the murder of one Dewey Daniels.